# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21CR0676-DMS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER** |
| v. | |
| HERIBERTO GALVAN, | |
| Defendant. | |

Upon motion by the United States and for good cause, the United States' Motion to Dismiss the Information Without Prejudice is GRANTED. The Information is dismissed without prejudice and bond is exonerated.

**IT IS SO ORDERED.**

DATED: September 17, 2021.

Honorable Dana M. Sabraw
United States Chief District Judge